# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEVEN FISHER**  **PLAINTIFF**
**ADC #176797**

v.  No: 4:22-cv-00944-JM-PSH

**LOUIS C. SKINNER,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Fisher's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted; and

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3.	The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

DATED this 10th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE