IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN FISHER**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #176797**

v.　　　　　　　　　　No: 4:22-cv-00944-JM-PSH

**LOUIS C. SKINNER,** *et al.*　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE